UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL MIJARES,<br><br>    Plaintiff,<br><br>    v.<br><br>KOW LOON AUTO SALES; TRUNG T. TRANG; JOHN TRANG,<br><br>    Defendants. | Case No. 5:13-cv-03572 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this case has settled, and all previously scheduled deadlines and appearances are vacated.

**On or before March 7, 2014**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **March 18, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **March 11, 2014**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

1   statement in response to this Order.

2   **SO ORDERED**.

3   Dated:   February 5, 2014

4   _____
    HOWARD R. LLOYD
5   UNITED STATES MAGISTRATE JUDGE

2

5:13-cv-03572-HRL Notice has been electronically mailed to:

Huy Ngoc Tran    huy@lacasalegal.com, brisa@jawlawgroup.com, oriana@jawlawgroup.com, phung@jawlawgroup.com, tomas@jawlawgroup.com

Phung Hoang Truong    phung@JAWLawGroup.com

Robert David Baker    attyatlaw@earthlink.net

Tomas Eduardo Margain    Tomas@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, margainlaw@hotmail.com, oriana@jawlawgroup.com, phung@jawlawgroup.com